UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-62910-BB

HOWARD COHAN,

      Plaintiff,

vs.

CORAL TIDES CORP. and
CORAL TIDES MANAGEMENT, LLP,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, by and through undersigned counsel, hereby notifies the Court that the parties are in the process of executing the Settlement Agreement and request twenty (20) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties twenty (20) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

I certify that February 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email and via transmission of Notices of Electronic Filing generated by CM/ECF.

      Respectfully submitted,

      MARK D. COHEN, P.A.
      Counsel for Plaintiff
      Presidential Circle
      4000 Hollywood Blvd., Ste. 435 So.
      Hollywood, Florida 33021
      Telephone (954) 962-1166
      Facsimile (954) 962-1779

      /s/ Mark D. Cohen
      Mark D. Cohen, Esquire
      Email: mdcohenpa@yahoo.com
      Florida Bar No.: 347345