UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62910-BB

HOWARD COHAN,

        Plaintiff,

vs.

CORAL TIDES CORP. and
CORAL TIDES MANAGEMENT, LLP,

        Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

        Plaintiff, HOWARD COHAN, and Defendants, CORAL TIDES CORP. and CORAL TIDES MANAGEMENT, LLP, by and through undersigned counsel, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above-styled action with prejudice, as the parties have amicably resolved this matter in settlement. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case.

        AGREED and STIPULATED to this 13th day of March, 2015.

| | |
|---|---|
| /s/ Mark D. Cohen | /s/Jason H. Alperstein |
| _____ | _____ |
| Mark D. Cohen, Esquire | Jason H. Alperstein, Esquire |
| Florida Bar No. 347345 | Florida Bar No. 64205 |
| **MARK D. COHEN, P.A.** | **KOPELOWITZ OSTROW P.A.** |
| Presidential Circle | 200 SW 1st Avenue, 12th Floor |
| 4000 Hollywood Boulevard, Suite 435 So. | Fort Lauderdale, FL 33301 |
| Hollywood, Florida 33021 | Telephone (954) 525-4100 |
| Telephone: (954) 962-1166 | Facsimile (954) 525-4300 |
| Facsimile: (954) 962-1779 | alperstein@kolawyers.com |
| E-mail: mdcohenpa@yahoo.com | *Attorneys for Defendants* |
| *Counsel for Plaintiff* | *Coral Tides Corp., and* |
| *Howard Cohan* | *Coral Tides Management, LLC* |

1