UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-62910-BLOOM/Valle

HOWARD COHAN,

    Plaintiff,

v.

CORAL TIDES CORP, and
CORAL TIDES MANAGEMENT, LLP,

    Defendants.
_____/

## ORDER OF DISMISSAL

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [15], filed March 13, 2015, which advises the Court that Plaintiff seeks to dismiss this matter with prejudice with respect to both Defendants. The Court having reviewed the Notice and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. This case is **DISMISSED WITH PREJUDICE**.

    2. The Court shall retain jurisdiction to enforce the terms of the settlement.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of March, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record